

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-13-00154-CV

**Memorial Hermann Hospital System d/b/a Memorial Hermann Southwest Hospital**

**v.**

**Jewell Hayden**

NO. 2010-24879 IN THE 333RD DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| E-TXGOV FEE | $5.00 | 05/20/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 05/01/2013 | E-PAID | APE |
| MT FEE | $10.00 | 05/01/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 05/01/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 04/25/2013 | E-PAID | APE |
| MT FEE | $10.00 | 04/25/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 04/05/2013 | E-PAID | ANT |
| REPORTER'S RECORD | $150.00 | 03/21/2013 | PAID | ANT |
| REPORTER'S RECORD | $372.50 | 03/19/2013 | PAID | ANT |
| E-TXGOV FEE | $5.00 | 03/01/2013 | E-PAID | ANT |
| FILING | $175.00 | 02/28/2013 | PAID | ANT |
| CLERK'S RECORD | $327.00 | 02/28/2013 | PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $1,074.50.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby

certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this September 4, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**